OWEN, WICKERSHAM & ERICKSON, P.C.
GREGORY N. OWEN, CBN 122825
KATHLEEN E. LETOURNEAU, CBN 244747
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone: 415-882-3200
Facsimile: 415-882-3232
E-Mail:     gowen@owe.com
            kel@owe.com

Attorneys for Plaintiff
STEPHENS & COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHENS & COMPANY,<br>dba D.R. STEPHENS ESTATE,<br>a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAPID WINES, INC.,<br>dba JASON STEPHENS WINERY,<br>a California corporation,<br><br>Defendant. | Case No.: CV 09 5327 EMC<br><br>**STIPULATION AND ORDER TO:**<br><br>1. EXTEND TIME TO COMPLETE INITIAL DISCLOSURES UNDER FRCP § 26<br><br>2. CONTINUE CASE MANAGEMENT CONFERENCE<br><br>The Honorable Edward M. Chen<br>Date: February 17, 2010 |

Pursuant to Northern District Civil Local Rule 6-1(b), Plaintiff STEPHENS & COMPANY and Defendant SAPID WINES, INC. hereby stipulate and agree to an order modifying the schedule set forth in the Court's November 10, 2009 Case Management Order to extend the date for the exchange of initial disclosures under Federal Rule of Civil Procedure 26 for thirty (30) days, or until March 10, 2010. The parties are engaged in ongoing, productive negotiations to settle all disputes concerning trademarks, including this proceeding. The parties believe that approximately thirty days extension is sufficient to allow them time to complete

1

settlement negotiations. There have been no previous modifications of any deadlines in this case.

Likewise, the parties hereby stipulate and agree to an order continuing the Case Management Conference currently scheduled for February 17, 2010 at 1:30 p.m. until March 17, 2010 at 1:30 p.m., or to a date and time thereafter that is convenient to the Court. This continuance also alters the current deadline to file the Joint Case Management Conference Statement from February 10, 2010 to March 10, 2010. The parties agree that it would be most efficient for them to complete settlement negotiations before considering case management issues, as a Case Management Conference will be unnecessary if the parties reach a settlement.

**IT IS SO STIPULATED.**

Dated: February 2, 2010　　　OWEN, WICKERSHAM & ERICKSON P.C.

By: _____
Gregory N. Owen
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone: 415-882-3200
Facsimile: 415-882-3232

Attorneys for Plaintiff
STEPHENS & COMPANY

Dated: February 2, 2010　　　TINGLEY PIONTKOWSKI LLP

By: _____
Bruce C. Piontkowski
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone: 408-283-7000
Facsimile: 408-283-7010

Attorneys for Defendant
SAPID WINES, INC.

2

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Case Management Conference currently scheduled for February 17, 2010 is continued to ___March 17___, 2010. at 1:30 p.m. A joint CMC statement shall be filed by March 10, 2010.

Dated: ___2/4/10___

Honorable Edward M. Chen
Magistrate Judge of The United States District Court



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

S:\1Clients\Stepn\70001\Stipulation to Extend Conference.wpd

3

Stipulated Request to Extend Time to Complete
Initial Disclosures and to Continue CMC

USDC NDCal No. CV 09 5327 EMC