OWEN, WICKERSHAM & ERICKSON, P.C.
GREGORY N. OWEN, CBN 122825
KATHLEEN E. LETOURNEAU, CBN 244747
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone: 415-882-3200
Facsimile: 415-882-3232
E-Mail: gowen@owe.com
       kel@owe.com

Attorneys for Plaintiff
STEPHENS & COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHENS & COMPANY, dba D.R. STEPHENS ESTATE, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAPID WINES, INC., dba JASON STEPHENS WINERY, a California corporation,<br><br>Defendant. | Case No.: CV09-5327 EMC<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION** |

    IT IS HEREBY STIPULATED by and between the Parties to this action, by and through their counsel of record, that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(ii), with each side bearing its own attorneys' fees and costs.

///

///

///

1

Respectfully submitted,

Dated: March 10, 2010        By: /s/ Gregory N. Owen
                             Gregory N. Owen

OWEN, WICKERSHAM & ERICKSON, P.C.
455 Market Street, 19th Floor
San Francisco, California 94105
Tel: (415) 882-3200
Fax: (415) 882-3232

*Attorneys for Plaintiff STEPHENS & COMPANY*

Dated: March 9, 2010         By: /s/ Bruce C. Piontkowski
                             Bruce C. Piontkowski

TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, CA 95113
Tel: (408) 283-7000
Fax: (408) 283-7010

*Attorneys for Defendant SAPID WINES, INC*

**IT IS SO ORDERED.**

Dated: 3/12/10

Honorable Edward M. Chen
Magistrate Judge, United States District Court

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

S:\1Clients\Stepn\70001\Stipulation-Dismissal-Order.wpd

2